IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**SANDRA STASHER**                                                                              **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO. 3:06CV67HTW-JCS**

**REGIS CORP. and REGIS CORPORATION**                                   **DEFENDANTS**

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW**, Plaintiff, and move this Court to grant Kristy Bennett leave to withdraw as counsel of record for Plaintiff in this matter as Mrs. Bennett is no longer employed by Louis H. Watson, Jr., P.A.  In support of this Motion, Movant would show that Louis H. Watson, Jr. and Nick Norris are co-counsel for the named Plaintiff in this matter and that no party will be prejudiced if this Motion is granted.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully request this Court to grant Kristy Bennett permission to withdraw as counsel of record for Plaintiff in this matter.

THIS, the 17th day of October, 2006.

                                                    Respectfully submitted,

                                                    /s Louis H. Watson, Jr.
                                                    Louis H. Watson, Jr. (MB #9053)
                                                    Nick Norris (MB # 101574)

                                                    ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

LOUIS H. WATSON, JR., P.A.
520 E. Capitol Street
Jackson, Mississippi 39201
Telephone:   (601) 968-0000
Facsimile:    (601) 968-0010

S:\EMPLOYMENT LAW\-- KB\STASHER v Regis\MOTION for Withdrawal and Substitute Counsel. 10-17-06.wpd

CERTIFICATE OF SERVICE

I, LOUIS H. WATSON, JR., one of the attorneys for Plaintiffs, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, on the following:

David M. Thomas, II, Esq.
Balch & Bingham, LLP
401 East Capitol Street, Suite 200
Jackson, MS   39201

THIS, the 17th day of October, 2006.

/s Louis H. Watson, Jr.
LOUIS H. WATSON, JR.